```
KRISTIAN NYCOLE BRENT TAYLOR    CREDIT ONE                      MERIT HEALTH RIVER OAK
210 WOODLAKE DR.                PO BOX 98872                    1030 RIVER OAKS DR
BRANDON, MS 39047-6003          LAS VEGAS, NV 89193             FLOWOOD, MS 39232


THOMAS C. ROLLINS, JR.          DISCOVER FINANCIAL              MERRICK BANK CORP
THE ROLLINS LAW FIRM, PLLC      ATTN: BANKRUPTCY                PO BOX 9201
P.O. BOX 13767                  PO BOX 3025                     OLD BETHPAGE, NY 11804
JACKSON, MS 39236               NEW ALBANY, OH 43054


AFFIRM, INC.                    DYLLAN TAYLOR                   MS ASTHMA & ALLERGY CL
ATTN: BANKRUPTCY                210 WOODLAKE DR.                1513 LAKELAND DR
650 CALIFORNIA ST               BRANDON, MS 39047-6003          SUITE 101
FL 12                                                           JACKSON, MS 39216
SAN FRANCISCO, CA 94108


ANESTHESIA CONSULTANTS          ELITE WELLNESS                  MS DEPT OF REVENUE
1030 RIVER OAKS DR              1020 RIVER OAKS DR              BANKRUPTCY SECTION
FLOWOOD, MS 39232               FLOWOOD, MS 39232               PO BOX 22808
                                                                JACKSON, MS 39225-2808


ASPIRE CREDIT CARD              ENTERGY MISSISSIPPI             NATERA
ATTN: BANKRUPTCY                P.O. BOX 8105                   P.O. BOX 889023
PO BOX 105555                   BATON ROUGE, LA 70891-8105      LOS ANGELES, CA 90088
ATLANTA, GA 30348


BLAZE CREDIT CARD               FIRST SAVINGS BANK              NELNET
P.O. BOX 5096                   ATTN: BANKRUPTCY                PO BOX 82561
OMAHA, NE 68103                 PO BOX 5096                     LINCOLN, NE 68501
                                SIOUX FALLS, SD 57117


CAPITAL ONE                     FRANCISCANS MISSIONARI          OPP LOANS
ATTN: BANKRUPTCY                P.O. BOX 677963                 130 E RANDOLPH ST
PO BOX 30285                    DALLAS, TX 75267-7963           STE 1650
SALT LAKE CITY, UT 84130                                        CHICAGO, IL 60601


CAPITAL ONE AUTO                GENESIS FS CARD                 SMITH ROUCHON
ATTN: BANKRUPTCY                ATTN: BANKRUPTCY                SRA
7933 PRESTON RD                 PO BOX 4477                     1456 ELLIS AVE
PLANO, TX 75024                 BEAVERTON, OR 97076             JACKSON, MS 39204


COMENITY BANK                   JACKSON HB MEDICAL              SUNBIT FINANCIAL
ATTN: BANKRUPTCY                PO BOX 14099                    ATTN: BANKRUPTCY
PO BOX 182125                   BELFAST, ME 04915               10880 WILSHIRE BLVD
COLUMBUS, OH 43218                                              STE 870
                                                                LOS ANGELES, CA 90024
```

```
UMMC
P.O. BOX 3488
DEPT 05-077
TUPELO, MS 38803


UPSTART
ATTN: BANKRUPTCY
PO BOX 1503
SAN CARLOS, CA 94070
```