United States Bankruptcy Court
Southern District of Mississippi

In re:  
Kristian Nycole Brent Taylor  
    Debtor

Case No. 25-01159-JAW  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0538-3      User: mssbad      Page 1 of 3  
Date Rcvd: Aug 28, 2025      Form ID: 318      Total Noticed: 31

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 30, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Kristian Nycole Brent Taylor, 210 Woodlake Dr., Brandon, MS 39047-6003 |
| 5507425 | + | Anesthesia Consultants, 1030 River Oaks Dr, Flowood, MS 39232-9553 |
| 5507427 | | Blaze Credit Card, P.O. Box 5096, Omaha, NE 68103 |
| 5507433 | | Dyllan Taylor, 210 Woodlake Dr., Brandon, MS 39047-6003 |
| 5507434 | + | Elite Wellness, 1020 River Oaks Dr, Flowood, MS 39232-9500 |
| 5507437 | | Franciscans Missionari, P.O. Box 677963, Dallas, TX 75267-7963 |
| 5507439 | + | Jackson HB Medical, PO Box 14099, Belfast, ME 04915-4034 |
| 5507442 | + | MS Asthma & Allergy Cl, 1513 Lakeland Dr, Suite 101, Jackson, MS 39216-4829 |
| 5507440 | + | Merit Health River Oak, 1030 River Oaks Dr, Flowood, MS 39232-9553 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | EDI: AISACG.COM | Aug 28 2025 23:54:00 | Capital One Auto Finance, a division of Capital On, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | EDI: AISACG.COM | Aug 28 2025 23:54:00 | Capital One Auto Finance, a division of Capital On, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 5507424 | + | Email/PDF: AffirmBKNotifications@resurgent.com | Aug 28 2025 20:22:54 | Affirm, Inc., Attn: Bankruptcy, 650 California St, Fl 12, San Francisco, CA 94108-2716 |
| 5507426 | + | Email/Text: Atlanticus@ebn.phinsolutions.com | Aug 28 2025 19:54:00 | Aspire Credit Card, Attn: Bankruptcy, Po Box 105555, Atlanta, GA 30348-5555 |
| 5507428 | + | EDI: CAPITALONE.COM | Aug 28 2025 23:54:00 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 5507429 | + | EDI: CAPONEAUTO.COM | Aug 28 2025 23:54:00 | Capital One Auto, Attn: Bankruptcy, 7933 Preston Rd, Plano, TX 75024-2359 |
| 5510025 | + | EDI: AISACG.COM | Aug 28 2025 23:54:00 | Capital One Auto Finance, a division of, Capital One, N.A., c/o, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5507430 | + | EDI: WFNNB.COM | Aug 28 2025 23:54:00 | Comenity Bank, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 5507431 | + | Email/PDF: creditonebknotifications@resurgent.com | Aug 28 2025 21:09:27 | Credit One, PO Box 98872, Las Vegas, NV 89193-8872 |
| 5507432 | + | EDI: DISCOVER | Aug 28 2025 23:54:00 | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 5507435 | | Email/Text: credit7@entergy.com | Aug 28 2025 19:54:00 | Entergy Mississippi, P.O. Box 8105, Baton Rouge, LA 70891-8105 |
| 5507436 | + | Email/Text: BNBLAZE@capitalsvcs.com | | |

| District/off: 0538-3 | User: mssbad | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Aug 28, 2025 | Form ID: 318 | Total Noticed: 31 |

| | | | | |
|---|---|---|---|---|
| | | | Aug 28 2025 19:54:00 | First Savings Bank, Attn: Bankruptcy, Po Box 5096, Sioux Falls, SD 57117-5096 |
| 5507438 | + | EDI: PHINGENESIS | Aug 28 2025 23:54:00 | Genesis FS Card, Attn: Bankruptcy, Po Box 4477, Beaverton, OR 97076-4401 |
| 5507443 | | EDI: MSDOR | Aug 28 2025 23:54:00 | MS Dept of Revenue, Bankruptcy Section, PO Box 22808, Jackson, MS 39225-2808 |
| 5507441 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Aug 28 2025 20:55:46 | Merrick Bank Corp, Po Box 9201, Old Bethpage, NY 11804-9001 |
| 5507444 | ^ | MEBN | Aug 28 2025 19:58:58 | Natera, P.O. Box 889023, Los Angeles, CA 90088-9023 |
| 5507445 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Aug 28 2025 19:54:00 | Nelnet, Po Box 82561, Lincoln, NE 68501-2561 |
| 5507446 | + | Email/Text: opportunitynotices@gmail.com | Aug 28 2025 19:54:00 | Opp Loans, 130 E Randolph St, Ste 1650, Chicago, IL 60601-6241 |
| 5507447 | + | Email/Text: Tracey@sra-inc.net | Aug 28 2025 19:54:00 | Smith Rouchon, Sra, 1456 Ellis Ave, Jackson, MS 39204-2204 |
| 5507448 | ^ | MEBN | Aug 28 2025 19:59:04 | Sunbit Financial, Attn: Bankruptcy, 10880 Wilshire Blvd, Ste 870, Los Angeles, CA 90024-4109 |
| 5507449 | + | Email/Text: Bankruptcies@umc.edu | Aug 28 2025 19:54:00 | UMMC, P.O. Box 3488, Dept 05-077, Tupelo, MS 38803-3488 |
| 5507450 | + | EDI: LCIUPSTART | Aug 28 2025 23:54:00 | Upstart, Attn: Bankruptcy, Po Box 1503, San Carlos, CA 94070-7503 |

TOTAL: 22

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 30, 2025         Signature:         /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 28, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Eileen N. Shaffer | eshaffer@eshaffer-law.com ms04@ecfcbis.com |
| Thomas Carl Rollins, Jr | on behalf of Debtor Kristian Nycole Brent Taylor trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |

| | | |
|---|---|---|
| District/off: 0538-3 | User: mssbad | Page 3 of 3 |
| Date Rcvd: Aug 28, 2025 | Form ID: 318 | Total Noticed: 31 |

United States Trustee
    USTPRegion05.JA.ECF@usdoj.gov

TOTAL: 3

| *Information to identify the case:* | | |
|---|---|---|
| Debtor 1 | **Kristian Nycole Brent Taylor** | Social Security number or ITIN  **xxx–xx–5277** |
| | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN  _ _ _ _ |
| | | EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court for the **Southern District of Mississippi** | | |
| Case number:  **25–01159–JAW** | | |

## Order of Discharge                                                                                   12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

**Kristian Nycole Brent Taylor**
fka Kristian Brent

Dated: 8/28/25           **By the court:** /s/Jamie A. Wilson
                                                United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

Official Form 318                    **Order of Discharge**                    page 1

**Some debts are not discharged**

Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**